AMELIA TROUILLIE, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That the verdict is against the weight of the evidence upon the questions of the defendant's negligence and the freedom of the plaintiff from contributory negligence. 2. That it was error to refuse to charge, as requested by defendant's counsel, that if the plaintiff attempted to cross the track when the engine was thirty-five feet distant or less, she was guilty of contributory negligence as matter of law. All concurred.

EDWARD K. FENNO, Respondent, v. HARRISON GRANITE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, Hubbs, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA MULKINS, Appellant, v. GEORGE A. JIMERSON and Others, Respondents.— Order affirmed, with costs. All concurred.

JOHN VISCOSI, Appellant, v. RAFFAELE VARANO, Respondent.— Judgment reversed and new trial granted in the County Court, with costs to appellant to abide event. Held, that the evidence presented a question of fact upon the first count of the complaint. All concurred.

·In the Matter of JOHN TOLISHUS, an Attorney and Counselor at Law.— Upon reading and filing certified copy of judgment of District Court of the United States for the Northern District of New York, convicting the said John Tolishus of a felony, his name is stricken from the roll of attorneys and counselors at law.

In the Matter of the Estate of HENRY L. ELSNER, Deceased. EUGENE M. TRAVIS, Comptroller, Appellant, v. TRUST AND DEPOSIT COMPANY OF ONONDAGA, as Executor, etc., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN H. SPRING, Appellant, v. THE CENTRAL TRUST COMPANY OF NEW YORK, INC., Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOHN J. MCGROSSO, Appellant, v. RUTH C. MCGROSSO, Respondent.— Motion to dismiss appeal denied, without costs.

CLOVER CREST STOCK FARM, INC., Respondent, v. FARMERS' RELIANCE MUTUAL FIRE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, without costs.

CLOVER CREST STOCK FARM, INC., Respondent, v. FIDELITY Co-OPERATIVE FIRE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, without costs.          .

CLOVER CREST STOCK FARM, INC., Respondent, v. THE PACIFIC FIRE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

COMFORT ALLEN, Appellant, v. CHARLES H. GRANT and Others, Respondents.— Motion to dismiss appeal granted.